AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida  ▼

EDWIN FERNANDEZ

*Plaintiff(s)*

v.

CHEM-INDEX, INC.

*Defendant(s)*

Civil Action No.   1:26-cv-22177-AHS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CHEM-INDEX, INC via its registered agent
PETER F. LUE
7245 NW 43RD STREET
MIAMI, FL 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shedwin Eliassin, Esq
Fla. Bar No.: 1060990
8492 SW 8th Street
Miami, FL 33144
(305)-261-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Mar 31, 2026

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court